Amalya MUSAYELYAN; Anna
Tadevosyan, Petitioners,

v.

Peter D. KEISLER,* Acting Attorney
General, Respondent.

No. 05–73648.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 19, 2007.

Filed Nov. 1, 2007.

Artem M. Sarian, Esq., Glendale, CA,
for Petitioners.

Ronald E. Lefevre, Chief Counsel, Office
of the District Counsel, Department of
Homeland Security, San Francisco, CA,
Denise D. Willett, USR—Office of the U.S.
Attorney, Riverside, CA, Jennifer Levings,
Esq., DOJ—U.S. Department of Justice,
Civil Div./Office of Immigration Lit.,
Washington, DC, for Respondent.

Before: ROTH **, THOMAS, and
CALLAHAN, Circuit Judges.

MEMORANDUM ***

Amalya Musayelyan and her minor
daughter Anna Tadevosyan (as a deriva-
tive) seek review of a decision by the
Board of Immigration Appeals ("BIA") af-
firming the immigration judge's ("IJ") or-
der of removal and denial of asylum, with-
holding of removal, and relief under the
Convention Against Torture. We deny the
petition for review. Because the parties
are familiar with the factual and procedur-
al history of this case, we will not recount
it here.

Because the BIA affirmed without opin-
ion, we review the IJ's decision as the
"final agency decision." *Falcon Carriche
v. Ashcroft*, 350 F.3d 845, 849 (9th Cir.
2003). We review the IJ's decision under
the substantial evidence standard; the IJ's
findings must be upheld unless the evi-
dence compels a contrary result. *See Ta-
wadrus v. Ashcroft*, 364 F.3d 1099, 1102
(9th Cir.2004). We review the IJ's ad-
verse credibility determination under the
same standard, as long as the IJ has es-
tablished a legitimate articulable basis to
question the applicant's credibility and of-
fered "specific, cogent reasons for disbe-
lief." *Farah v. Ashcroft*, 348 F.3d 1153,
1156 (9th Cir.2003).

Substantial evidence supports the IJ's
adverse credibility determination. The IJ
supported her adverse credibility finding
with specific reasons for disbelief, namely
the inconsistencies between Ms. Musaye-
lyan's testimony and that of her witness.
The evidence in the record does not com-
pel a contrary finding. Likewise, the IJ's
determinations that the abuse Ms. Musay-
elyan suffered did not constitute past per-
secution, and that Ms. Musayelyan did not
have an objectively reasonable fear of fu-
ture persecution, are supported by sub-
stantial evidence in the record.

* Peter D. Keisler is substituted for his predeces-
sor, Alberto R. Gonzales, as Acting Attorney
General of the United States, pursuant to Fed.
R.App. P. 43(c)(2).

** The Honorable Jane Roth, Senior United
States Circuit Judge for the Third Circuit,
sitting by designation.

*** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

Substantial evidence in the record supports the conclusion that Ms. Musayelyan is not eligible for asylum, entitled to withholding of removal, or eligible for relief under the Convention Against Torture.

**PETITION DENIED.**